# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENISE TOLLEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00922-GMN-BNW<br><br>**Order** |

The early neutral evaluation program applies to "employment-discrimination actions." Local Rule 16-6(a). Wage-and-hour cases are not subject to an early neutral evaluation. *See id.* (omitting wage-and-hour cases). As this is a purported class action raising wage-and-hour claims, the notice assigning the case to the early neutral evaluation was issued in error. *See* Docket No. 4. Accordingly, the Court **STRIKES** that notice. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: May 17, 2024

                                                   Nancy J. Koppe<br>
                                                   United States Magistrate Judge