Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

Mark R. Thierman
Nev. Bar No. 8285
Joshua D. Buck
Nev. Bar No. 12187
Leah L. Jones
Nev. Bar No. 13161
THIERMAN BUCK LLP
325 West Liberty Street
Reno, Nevada 89501
Tel:   (775) 284-1500
Fax:   (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff Denise Tolley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE TOLLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.; FAMILY DOLLAR SERVICES, LLC; FAMILY DOLLAR, INC.; FAMILY DOLLAR, LLC; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No: 2:24-cv-00922-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Denise Tolley ("Plaintiff") and Defendants Dollar Tree Stores, Inc.; Family Dollar

Services, LLC; and Family Dollar, LLC (formerly Family Dollar, Inc.), ("Defendants") by and through their respective attorneys of record, that this action shall be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter, unless otherwise agreed to between the parties.

Respectfully submitted by:

Dated this 23rd day of April 2025.   Dated this 23rd day of April 2025.

By: */s/ Christian Gabroy*
Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY MESSER

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK LLP

*Attorneys for Plaintiff*

By: */s/ Amy L. Thompson*
Roger L. Grandgenett II, Esq.
Amy L. Thompson, Esq.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 24, 2025___